THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JOE ROBINSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY SUPERIOR COURT, *et al.*,<br><br>Defendants. | CASE NO. C24-5649-JCC-SKV<br><br>ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court ADOPTS the R&R (Dkt. No. 4).

(2) The action is DISMISSED.

(3) Plaintiff's motion to proceed *In Forma Pauperis* (Dkt. No. 1) is DENIED as moot.

(4) The Clerk is DIRECTED to provide a copy of this Order to Plaintiff and to Judge Vaughan.

//

//

1  DATED this 30th day of September 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE